# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

RUBIEL SALAZAR OSORIO

_____/

**INDICTMENT**

5:19cr45/RH

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about July 3, 2019, in the Northern District of Florida, the defendant,

**RUBIEL SALAZAR OSORIO,**

an alien who had previously been excluded, deported, and removed from the United States on or about August 20, 2014, was found to be unlawfully in the United States, having not obtained the consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

---

Returned in open court pursuant to Rule 6(f)

Date: July 16, 2019

United States Magistrate Judge

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(1).

A TRUE BILL:

███████████████████

FOREPERSON

07-16-2019
DATE

_____
LAWRENCE KEEFE
United States Attorney

_____
AINE AHMED
Assistant United States Attorney